IN THE UNITED STATES BANKRUPTCY COURT
For the WESTERN DISTRICT of WISCONSIN
MADISON DIVISION

| | |
|---|---|
| In re:<br>Richard L. Williams<br><br>Debtor(s) | Chapter: 13<br>REQUEST FOR SPECIAL NOTICE<br>Case Number: 07-11259<br>[No Hearing Required] |

TO THE CLERK:

      The undersigned attorneys for:
         ECAST FOB WELLS FARGO

a creditor of the above referenced debtor.

      Pursuant to the provisions of the Bankruptcy Code and Bankruptcy Rule 2002:

      REQUEST IS HEREBY MADE that ECAST FOB WELLS FARGO be given and served with all notices given or required to be given in the case as follows:

         ECAST FOB WELLS FARGO
         Bass & Associates, P.C.
         3936 E. Ft. Lowell Road, Suite #200
         Tucson, AZ 85712

      Accordingly, the undersigned attorney further requests that the foregoing name and address be added to the Master Mailing List.

Dated: 10/08/07
Account Number: *****************0001

      Respectfully submitted,
      Bass & Associates, P.C.

      By: /s/ Patti H. Bass  (AZ 016849)
         Attorneys for Creditor
         ECAST FOB WELLS FARGO
         3936 E Ft Lowell Rd Suite 200
         Tucson, AZ  85712-1083
         (520) 577-1544
         ecf@bass-associates.com